**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (Cal. Bar No. 285256)
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

**FALAKASSA LAW, P.C.**
Joshua Falakassa (Cal. Bar No. 295045)
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (818) 505-0868

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA COULTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP INC, a Minnesota Corporation; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO.: 2:23-CV00851-MCE-DMC<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION; ORDER**<br><br>Complaint Filed:   March 22, 2022<br>Removal Date:    May 8, 2023<br>Trial Date:           None Set |

**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Alyssa Coulter ("Plaintiff") and defendant Gamstop, Inc. ("Defendant") (collectively, the "Parties") by and through their counsel, stipulate and agree that the above-captioned case, be dismissed in its entirety, and that all claims asserted in the action be dismissed without prejudice.

The Parties, by and through their counsel, further stipulate and agree that each Party will bear its and/or his own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 31, 2023　　　　　　　**FALAKASSA LAW, PC**
　　　　　　　　　　　　　　　　　　**BOKHOUR LAW GROUP, P.C**.

　　　　　　　　　　　　　　　　　　　*/s/ Mehrdad Bokhour*
　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　JOSHUA FALAKASSA
　　　　　　　　　　　　　　　　　　MEHRDAD BOKHOUR
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Anicia Cisneros


Dated: August 31, 2023　　　　　　　**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.

　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Nader*
　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　MICHAEL J. NADER
　　　　　　　　　　　　　　　　　　ELIZABETH D. RHODES
　　　　　　　　　　　　　　　　　Attorneys for Defendant, Gamestop, Inc.

**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION**

**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of Alyssa Coulter ("Plaintiff") and defendant Gamestop, Inc. ("Defendant") (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1. The entire action is dismissed without prejudice;

2. The Parties will bear their own attorneys' fees and costs pursuant to the written agreement of the Parties; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 1, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE